CORN EXCHANGE BANK TRUST COMPANY, Appellant, v. ISLAND PARK-LONG BEACH, INC., WILLIAM L. AUSTIN, JR., and LESLIE J. EKENBERG, as Trustee in Bankruptcy of the Defendant, ISLAND PARK-LONG BEACH, INC., Respondents.— Order of the County Court of Nassau county, dated October 27, 1936, denying plaintiff's motion to confirm the report of the referee, etc., and denying leave to enter a deficiency judgment, reversed on the law and the facts, with costs, and the motion granted, with ten dollars costs, to the extent of allowing a deficiency judgment to be entered in the sum of $14,650.   The findings of fact incorporated in the order are reversed.   New findings will be made.   This court finds the market value at the time in question to be $857,473.94; thereby producing a deficiency of $85,000, against which there is an offset of $70,350 by way of collateral security; leaving a net deficiency of $14,650.   Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.   Settle order on notice.